

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00193-CV

ONCOR ELECTRIC DELIVERY                                    APPELLANT
COMPANY LLC

V.

N.S. BETTINGER                                                        APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2014-001645-2

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's March 8, 2018 "Final Judgment." The trial court subsequently vacated both the partial summary judgment and final judgment and abated the case, while it still had plenary jurisdiction over the case.

---

[1]*See* Tex. R. App. P. 47.4.

On July 2, 2018, we informed the parties that it appeared the trial court's order vacating both the partial summary judgment and final judgment and abating the case rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before July 12, 2018, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Appellant responded, agreeing that the appeal should be dismissed as moot.

Therefore, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DELIVERED: July 19, 2018